# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>vs.<br>Hao He<br>   Defendant. | Case Number<br>CR 05-70791 HRL<br><br><br>ORDER - CJA CONTRIBUTION(s) DUE |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

**IT IS HEREBY ORDERED THAT:**

[✓]  THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 250 PER MONTH, until the case is concluded or until further order of the Court, commencing:

 [✓]  That certain date of __10/15/05__ and the SAME DAY each month thereafter;

 [ ]  The first day of _____ and the FIRST DAY of each month thereafter;

 [ ]  MAIL TO: Clerk, U. S. District Court
        280 South First Street, Room 2112
        San Jose, CA. 95113-3095

**Please indicate that this is a CJA payment and include the case number shown above.**

[ ]  THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

 [ ]  That certain date of _____ ;

 [ ]  MAIL TO: Clerk, U. S. District Court
        280 South First Street, Room 2112
        San Jose, CA. 95113-3095

**Please indicate that this is a CJA Payment and include the case number shown above.**

DATED: 10/6/05        Howard R. Lloyd U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72
(Rev 8/82)