UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/16/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00641 RMW |
| Plaintiff, | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| v. | |
| YE TENG WEN, a/k/a Michael Wen, HAO HE, a/k/a Kevin He, | |
| Defendants. | |

This matter came before the Court for a status hearing on Monday, November 7, 2005. Counsel for the government and the defendant were present. Based on the hearing and at the request of the defendant, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for investigation and effective preparation, including reviewing voluminous discovery provided by or otherwise made available by the United States .

IT IS HEREBY ORDERED that this case is continued to January 17, 2006 at 9:00 a.m. for a status hearing.

IT IS FURTHER ORDERED that the period of time from November 7, 2005 through and including January 17, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: 11/16/05

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California  95113
4
   VICKI YOUNG
5  555 Bryant Street, #517
   Palo Alto, California  94301
6
   RICHARD POINTER
7  2007 W. Hedding Street, #100
   San Jose, California  95128
8