1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Acting Chief, Criminal Division

4  MARK L. KROTOSKI (CABN 138549)
   MATTHEW A. LAMBERTI (DCBN 460339)
5  Assistant United States Attorneys

6  Attorney for Plaintiff
   United States of America
7
        150 Almaden Blvd., Suite 900
8       San Jose, California  95113
        Telephone: (408) 535-5065
9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                                                    *E-FILED - 1/12/06*
12
   UNITED STATES OF AMERICA,         )    No. CR 05-00641-RMW
13                                   )
              Plaintiff,             )
14                                   )    STIPULATION AND ORDER
        v.                           )    CONTINUING STATUS CONFERENCE
15                                   )    AND EXCLUDING TIME
   YE TENG WEN,                      )
16      aka Michael Wen, and         )
   HAO HE,                           )
17      aka Kevin He,                )
                                     )
18            Defendants.            )
                                     )
19

20      The United States of America, by and through Assistant U.S. Attorneys Mark L.

21 Krotoski, and Matthew A. Lamberti, and defendant Ye Teng Wen, by and through defense

22 counsel Vicki Young, and defendant Hao He, by and through defense counsel Richard Pointer,

23 hereby AGREE AND STIPULATE to continue the status conference set for January 17, 2006 at

24 9:00 a.m. to February 13, 2006 at 9:00 a.m.  The parties further AGREE AND STIPULATE that

25 time should be excluded from January 17, 2006, through and including February 13, 2006, for

26 continuity of counsel and to provide counsel reasonable time to prepare, pursuant to the Speedy

27 Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  In particular, in this copyright infringement

28 case, the discovery already provided and made available involves numerous recorded

conversations and boxes of seized materials and documents requiring extensive review. The defense counsel need additional time to listen to the recorded conversations and review other evidence. Accordingly, the United States and the defendants agree that granting the requested exclusion of time under the Speedy Trial Act will serve the interests of justice and outweigh the interests of the public and defendant in a speedy trial.

DATED: January 9, 2006                KEVIN V. RYAN
                                      United States Attorney

                                      /S/
                                      _____
                                      MARK L. KROTOSKI
                                      MATTHEW A. LAMBERTI
                                      Assistant U.S. Attorney

                                      /S/
DATED: January 4, 2006  _____
                                      VICKI YOUNG
                                      Counsel for Defendant Ye Teng Wen


                                      /S/
DATED: January 6, 2006  _____
                                      RICHARD POINTER
                                      Counsel for Defendant Hao He

                              ORDER

In light of the parties' agreement to exclude time, and based upon the demonstrated need for excludable time set forth above, IT IS HEREBY ORDERED THAT: (1) the status conference set for January 17, 2006 at 9:00 a.m. is continued to February 13, 2006 at 9:00 a.m.; and (2) the period from January 17, 2006 at 9:00 a.m. through and including February 13, 2006, shall be excluded from all Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

        IT IS SO ORDERED.

DATED: January _12_, 2006           /s/ Ronald M. Whyte
                                    _____
                                    HON. RONALD M. WHYTE
                                    United States District Court Judge