**FILED**

# United States District Court

**SEP 27 2006**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 05-00641-2 RMW |
| ) | |
| Hao He ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __October 16, 2006__ be continued until __November 20, 2006__ at __9:00 a.m.__ .

Date: 9/27/06

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge

NDC-PSR-009 12/06/04