1  VICKI H. YOUNG
   Law Office of Vicki H. Young
2  706 Cowper Street, Suite 202
   Palo Alto, California 94301
3  Telephone (415) 421-4347

4  Counsel for Defendant Ye Teng Wen

5

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
                                              *E-FILED - 12/7/06*
10

11  UNITED STATES OF AMERICA,        )    No. CR 05-00641 RMW
                                     )
12        Plaintiff,                 )    STIPULATION TO CONTINUE
                                     )    SENTENCING HEARING;
13        vs.                        )    [] ORDER
                                     )
14  YE TENG WEN and HAO HE,          )
                                     )
15        Defendants.                )
    _____    )

16

17        It is hereby stipulated between the United States of America, by and through Assistant

18  United States Attorney Mark Krotoski, defendant Ye Teng Wen, by and through his attorney VICKI

19  H. YOUNG, and defendant Hao He, by and through his attorney RICHARD POINTER that the

20  sentencing hearing currently set for December 11, 2006, be continued to February 26, 2007.  The

21  reason for this continuance is that defense counsel need additional time to review the draft

22  presentence report with their clients and prepare objections to the draft report.

23        Probation Officer Connie Cook has been advised of this continuance, and she has no

24  objection to the continuance.

25  ///

26  ///

STIP AND [] ORDER
                                    - 1 -

1          It is so stipulated.

2    Dated: December 1, 2006                    Respectfully submitted,

3

4                                                 /s/ Vicki H. Young
                                               VICKI H. YOUNG
5                                              Attorney for Ye Teng Wen

6
     Dated: December 1, 2006                     /s/ Richard Pointer
7                                              RICHARD POINTER
                                               Attorney for Hao He
8

9

10   Dated: December 1, 2006                   KEVIN V. RYAN
                                               United States Attorney
11

12                                               /s/   Mark Krotoski
13                                             MARK KROTOSKI
                                               Assistant United States Attorney
14

15

16                                   [] ORDER

17
         GOOD CAUSE BEING SHOWN, the sentencing date for Ye Teng Wen and Hao He is
18
     continued to February 26, 2006, at 9:00 a.m.
19
         IT IS SO ORDERED.
20
     DATED:  12/7/06                             /s/ Ronald M. Whyte
21                                             RONALD M. WHYTE
                                               United States District Judge.
22

23

24

25

26

STIP AND [] ORDER
                                        - 2 -