**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & MAYRON
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:   (408) 146-1051

Attorneys for Defendant
HEO HE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>HEO HE, et al.,<br><br>  Defendant. | NO: CR-05-00641<br><br>**TRAVEL ORDER** |

Upon application by Heo He, by and through his attorney of record, Richard P. Pointer, the court hereby grants Mr. He's travel order request from December 20, 2006, to January 25, 2007, to China. All other conditions of Mr. He's pretrial release shall remain as previously ordered. Mr. He is also required to immediately report to his pre-trial officer upon his return from China.

SO ORDERED

Dated: December 18, 2006

~~PATRICIA V. TRUMBULL~~
Magistrate Judge of the United States District Court
Howard Lloyd

2