1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & MAYRON
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:   (408) 246-5500
   Facsimile:   (408) 146-1051
4
   Attorneys for Defendant
5  HEO HE

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | NO: CR-05-00641 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **TRAVEL ORDER** |
| vs. | ) | |
| HEO HE, et al., | ) | |
| Defendant. | ) | |

   Upon application by Heo He, by and through his attorney of record, Richard P. Pointer, the court hereby grants Mr. He's travel order request to China prt from February 24, 2006, to March 30, 2007, to China. All other conditions of Mr. He's pretrial release shall remain as previously ordered. Mr. He is also required to immediately report to his pre-trial officer upon his return from China.

   SO ORDERED.

   Dated: 2/22/07

                                              _____
                                              PATRICIA V. TRUMBULL
                                              Magistrate Judge of the United States District Court

2