1  VICKI H. YOUNG
   Law Office of Vicki H. Young
2  706 Cowper Street, Suite 202
   Palo Alto, California 94301
3  Telephone (415) 421-4347

4  Counsel for Defendant Ye Teng Wen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

***E-FILED - 3/27/07***

| UNITED STATES OF AMERICA, | ) | No. CR 05-00641 RMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING; |
| vs. | ) | [] ORDER |
| YE TENG WEN and HAO HE, | ) | |
| Defendants. | ) | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Mark Krotoski, defendant Ye Teng Wen, by and through his attorney VICKI H. YOUNG, and defendant Hao He, by and through his attorney RICHARD POINTER that the sentencing hearing currently set for February 26, 2007, be continued to June 25, 2007. The reason for this continuance is that defense counsel need additional time to review the draft presentence report with their clients and prepare objections to the draft report.

Probation Officer Connie Cook has been advised of this continuance, and she has no objection to the continuance.

///

///

STIP AND [] ORDER

- 1 -

1   It is so stipulated.

2   Dated: February 9, 2007                           Respectfully submitted,

3

4                                                      /s/ Vicki H. Young
                                                      VICKI H. YOUNG
5                                                     Attorney for Ye Teng Wen

6
    Dated: February 9, 2007                            /s/ Richard Pointer
7                                                     RICHARD POINTER
                                                      Attorney for Hao He
8

9

10  Dated: February 9, 2007                           KEVIN V. RYAN
                                                      United States Attorney
11

12
                                                       /s/   Mark Krotoski
13                                                    MARK KROTOSKI
                                                      Assistant United States Attorney
14

15

16                              **[] ORDER**

17
        GOOD CAUSE BEING SHOWN, the sentencing date for Ye Teng Wen and Hao He is
18
    continued to June 25, 2007, at 9:00 a.m.
19
        IT IS SO ORDERED.
20
    DATED:  3/27/07                                   *Ronald M. Whyte*
21                                                    _____
                                                      RONALD M. WHYTE
22                                                    United States District Judge.

23

24

25

26

STIP AND [] ORDER
                                    - 2 -