1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & MAYRON
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:   (408) 246-5500
   Facsimile:   (408) 146-1051
4
   Attorneys for Defendant
5  HEO HE

6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 | UNITED STATES OF AMERICA,            )    NO: CR-05-00641 PVT (RMW)
                                          )
13 |        Plaintiff,                    )
                                          )    **TRAVEL ORDER**
14 |   vs.                                )
                                          )
15 | HEO HE, et al.,                      )
                                          )
16 |        Defendant.                    )
                                          )
17
        Upon application by Heo He, by and through his attorney of record, Richard P. Pointer, the
18
   court hereby grants Mr. He's travel order request from April 15, 2007 to May 14, 2007, to China
19
   and Africa.   All other conditions of Mr. He's pretrial release shall remain as previously ordered.
20
   Mr. He is also required to immediately report to his pre-trial officer upon his return from China.
21
        SO ORDERED.
22
   Dated: 4/12/07
23
                                                    _____
24                                                  PATRICIA V. TRUMBULL
                                                    Magistrate Judge of the United States District
25                                                  Court

26

27

28

                                                   2