1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division
4  MARK L. KROTOSKI (CABN 138549)
   MATTHEW A. LAMBERTI (DCBN 460339)
5  Assistant United States Attorneys
       150 Almaden Avenue, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5035
7      FAX: (408) 535-5081
       E-Mail: Mark.Krotoski@usdoj.gov
8      E-Mail: Matthew.Lamberti@usdoj.gov
9  Attorneys for Plaintiff
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

14                                          ***E-FILED - 6/6/07***
15

16 UNITED STATES OF AMERICA,        )   No. CR 05-00641-RMW
                                    )
17      Plaintiff,                  )
                                    )   STIPULATION REQUESTING
18      v.                          )   ADVANCING OF SENTENCING
                                    )   HEARING AND ORDER
19 YE TENG WEN,                     )
       aka Michael Wen, and         )
20 HAO HE,                          )
       aka Kevin He,                )
21                                  )
        Defendants.                 )
22 _____ )

23     It is hereby stipulated and agreed between defendant Ye Teng Wen, by and through his

24 counsel of record, defense attorney Vicki Young, and defendant Hao He, by and through his

25 counsel of record, defense attorney Richard Pointer, and the United States, by and through

26 Assistant United States Attorneys Mark L. Krotoski and Matthew A. Lamberti , as follows:

27     1.  This matter is presently set for a sentencing hearing on June 25, 2007 at 9:00 a.m.

28 Government counsel has a conflict on that date and first advised the defense of this conflict in

STIPULATION REQUESTING ADVANCING OF SENTENCING HEARING AND ] ORDER
CR 05-00641-RMW

1. March 2007.

2. The parties jointly request that the sentencing hearing be set for Thursday, June 14, 2007 at 2 p.m. Presently, this is the most viable sentencing hearing date for all counsel in this matter.

3. The probation officer has been advised of the new date and has a conflict; however someone from the Probation Office will be present. Defense counsel has represented she is unavailable on June 4th, June 7th, and June 11th. Consequently, June 14th is the only viable date.

4. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate to advance the sentencing hearing from June 25, 2007 at 9:00 a.m. to June 14, 2007 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: May 14, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/

MARK L. KROTOSKI
MATTHEW A. LAMBERTI
Assistant United States Attorneys

Dated: May 14, 2007

/s/
VICKI YOUNG
Counsel for Defendant Ye Teng Wen

Dated: May 11, 2007

/s/
RICHARD POINTER
Counsel for Defendant Hao He

**O R D E R**

IT IS SO ORDERED.

Based on the stipulation of the parties, the sentencing hearing is advanced from June 25, 2007 at 9:00 a.m. to June 14, 2007 at 2:00 p.m.

Dated: June 6, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1 | Distribute To:

2 | Richard Peyton Pointer
Hinkle, Jachimowicz, Pointer & Mayron
3 | Attorney's at Law
2007 W. Hedding Suite 100
4 | San Jose, CA 95128
FAX (408) 554-0571

5 |

Vicky Young
6 | 240 Stockton St #400
San Francisco, CA 94108-5306
7 | FAX (415) 397-9801

8 |

Mark L. Krotoski
9 | Matthew A. Lamberti
AUSAs
10 | 150 Almaden Boulevard, Suite 900
San Jose, CA 95113
11 |

Constance M. Cook
12 | U. S. Probation Officer
Northern District of California
13 | 1301 Clay Street, Suite 220 South
Oakland, CA 94612

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28