STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant He

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos.   CR 05-00641-2-RMW |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION PERMITTING TRAVEL; [] ORDER |
| HAO HE, | ) | |
| Defendant. | ) | |

    It is hereby STIPULATED between the parties that Mr. He be permitted to travel to China between on or about December 24, 2012 and January 6, 2013, provided that he maintain contact with his Probation Officer as directed and that he share with his Probation Officer any documents, tickets, plans, or itineraries requested.  The Probation Officer has indicated by email to defense counsel that he does not oppose this request, as Mr. He is "doing well and current on his restitution."

1

1   Mr. He was previously represented by appointed counsel.  The Federal Public Defender
2   has not been appointed to represent him, but asks to be permitted to do so for purposes of this
3   stipulation.

**STIPULATED:**

DATED:11/28/12                                    /s/
                                                  JOHN PAUL REICHMUTH
                                                  Asst. Federal Public Defender


                                                  /s/
DATED: 11/28/12
                                                  MATTHEW PARRELLA
                                                  Assistant United States Attorney

ORDER

Based on the stipulation of the parties, it is hereby

ORDERED that Hao He be permitted to travel to China between on or about December 24, 2012 and January 6, 2013, provided that he maintain contact with his Probation Officer as directed, and that he share with his Probation Officer any documents, tickets, plans, or itineraries requested.  All other conditions of Supervised Release shall remain in place.

IT IS SO ORDERED.


  FGIFIFG                                         *Ronald M. Whyte*
  Date                                            HON. RONALD M. WHYTE
                                                  SENIOR UNITED STATES DISTRICT JUDGE